IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:14-CR- 1-CAR |
| v. | VIOLATION: 21 U.S.C. § 841(a)(1) |
| MICHAEL JENKINS | 21 U.S.C. § 841(b)(1)(C) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## DISTRIBUTION OF COCAINE BASE

That on or about June 7, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

**MICHAEL JENKINS,**

aided and abetted by others unknown to the Grand Jury, did unlawfully and knowingly distribute a Schedule II controlled substance, to-wit: a mixture and substance containing cocaine base, also known as crack cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO
## DISTRIBUTION OF COCAINE BASE

That on or about May 17, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

**MICHAEL JENKINS,**

aided and abetted by others unknown to the Grand Jury, did unlawfully and knowingly distribute a Schedule II controlled substance, to-wit: a mixture and substance containing cocaine base, also known as crack cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

*[signature]*
PAUL C. McCOMMON III
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* __14th__ *day of*
January _____ **A.D.** 2014.
_____*[signature]*_____
*Deputy Clerk*